IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | CV 118-036 |
| v. | * | |
| JIM R. CLOWER, SR. and WASHINGTON-WILKES FARMS, LLC, | * | |
| Defendants. | * | |

# O R D E R

Before the Court is the parties' joint motion to transfer venue to the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1404(a). (Doc. 10.) Under 28 U.S.C. § 1404(a), "[f]or the convenience of parties and witnesses, in the interests of justice, a district court may transfer any civil action . . . to any district or division to which all parties have consented." The parties seek to transfer because an action concerning the same parties and subject matter is already proceeding in the United States District Court for the Northern District of Georgia. Because the convenience of the parties and the interests of justice favor allowing the actions to proceed together in the same venue, and because all parties have consented to transfer, the Court finds that

transfer is proper. Accordingly, the Court **GRANTS** the parties' motion. (Doc. 10.) The Court **ORDERS** the Clerk to **TRANSFER** this case to the United States District Court for the Northern District of Georgia.

**ORDER ENTERED** at Augusta, Georgia, this ___9th___ day of July, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2